5-15-2023

James Shadid
Honorable Judge

Re: Deven Deschepper

Dear: Mr. Shadid:

   With all due respect to this Court I will like to ask for a few minutes off your busy work schedule, to be able to speak of my friend Deschepper Character.

   Ever since I been here in Mercer County, Deschepper is the first person that I met, and thru the months I was able to develop a friendship with him, due to he is a positive person and he takes advice very well.

   I have been incarcerated for 20 years since I was 17 years old. I'm the first person that Deschepper has met that has been incarcerated for so long. Deschepper has used my experienced with everything that I been thru during my incarceration to his benefit, not to make the same mistakes that I made when I was 17 years old.

   One of the things that I respect and like about Deschepper, is how he is using this time that he has

(1)

been incarcerated to turn his life around. He is taking College classes from Blackstone Career Institute and he has made a lot of progress in the course, he also attends classes that are provided by Mercer County, and also he does his Bible Studies. I honestly believe that Deschepper is learning and growing mentally as a person.

Your Honor, I know that Deschepper will be sentence soon and you will have his fate in your hands, and the only reason to why I'm writting this letter is because I honestly believe 100% that Deschepper will be and is a better person, and will have a lot to offer to society. He also have something thats very important for inmates to be successful upon release, he has family support that cares about him.

With all due respect, I'm asking that you give him that opportunity to re-enter society in the very near future. I have always believe that peoples mistakes dont define their future, and I know Deschepper will make the most from his second chance.

Respectfully
Julian Martinez

(2)

Camren Williams
1016 51st Avenue
East Moline, IL 61244
camrenwilliams7800@gmail.com

June 28, 2023

Hon. James E. Shadid
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

**RE: Deven L. DeSchepper   Case No. 21-CR-40028-JES**

The Honorable Judge Shadid:

My name is Camren Williams. Today I am writing a character reference on behalf of Deven L. De Schepper.  Deven and I have been in a relationship since I was sixteen, nearly seven years.  Deven and I also have a 3 ½ year old son, Vincere together.  Next to my mother, I would say that I am closest to Deven, and I am sure he believes the same.

Deven is everything to my son and I, our knight in shining armor.  I cannot imagine our family's life without Deven in it. Life won't be the same until he's home and we have the opportunity to experience a real family life together.  Deven and I have experienced everything together.  From the lowest lows, to some very highs.  Through everything, I have seen the man I hope to marry, remain positive, consistently growing and learning.  I am inspired with his progress.   He has remained faithful in God, and the humanity of man.

Many times I was ready to give up and this man was there to help me carry my burdens, and refused to let me quit, even when I didn't believe in myself, he continued to believe in me.  Every time I have been at a point where I didn't' know how I would keep going  IE. during my pregnancy, the loss of my brother, or at my lowest, Deven has been a source of strength and love, that has helped me to continue.

I know Deven is in trouble for having a gun and selling cannabis, and that he has been in trouble in the past.  I also know that he is very repentant, and it hurts him that he cant be with us, and help me with our son because of his mistake.  However, I will also add that Deven is a man of faith, and believes that God has His hand in everything.  We have talked many times about the things he has learned from his mistakes, and the inward progression, which has been priceless. Deven doubts that had be been home, the growth would have occurred.

I don't intend to make excuses for my future husband breaking the law, we know he was wrong.  Your Honor, I will say that in all the time I have known him, I have never seen him do anything evil or intentionally hurt or deprive others.  Deven is a loving, generous and over caring person.  We have often gotten into arguments about how he cares too much about trying to help others, when he needs to just be focused on us. Although, Deven broke the law and there is no excuse for that what so ever, I know he only had good intentions, and the last thing in the world he would do or want to do, is hurt somebody else, even if it  was to defend himself or our family.  I know Deven would feel terrible because that's how much he loves and respects human life.

Our plans for the future include changing our environment, leaving behind old ways and running a legitimate business, to support our family and achieve our dreams.  Deven is a good man that has learned from his mistakes.  He has overcome his inferiority complex, and trauma that has haunted him

since childhood. He is a good dad and partner, and poses no danger to anyone, quite the opposite. No matter where he is, or what he is doing, the people around him are going to be enriched and grow. He is a positive, God loving man, and I wish more people shared his good qualities in our generation. He knows where he is going. There are people here who depend on Deven, and need, and want him home. Deven has a great support system, and we will make sure he has all the basic necessities, and moral support he needs to get on his feet the right way and succeed.

Judge Shadid, I have been with Deven for over 25% of my life. We have been through a lot and things have not always been perfect. I know, however, that based on the person Deven is, and the love we share, there is no one else I would rather spend my life with. I am upset that he went to jail, but more than anything, I desire him home. I am convinced, that he is going to be a better father, partner, son and man, than he has ever been.

When you consider the crime and sentence, I ask you to also consider the good about Deven, and the needs of his family. I will be attending Deven's sentencing to offer support, and am willing to speak on his behalf in person if needed.

Thank you Your Honor for your time and consideration.

Sincerely,

*[signature]*

Camren Williams

Melody S. DeSchepper<br>
6300 46th Avenue Drive<br>
Moline, IL 61265<br>
(309)781-0081<br>
melodydeschepper@yahoo.com

June 30, 2023

Hon. James E. Shadid
United States District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

**RE: Deven L. DeSchepper   Case No. 21-CR-40028-JES**

Dear Judge Shadid:

My name is Melody DeSchepper and I am writing this letter on behalf of my son, Deven. I apologize Your Honor, for it's untimely submission. I have languished for more than two years, knowing that circumstances would one day necessitate that in order to advocate for my son, I would be required to compose a clear, concise, and convincing portrait of who Deven actually is, and why he deserves the Court's mercy in determining his sentence and his future. Unfortunately, there is no way I know to tell the story of a complex, complicated and convoluted history that has led us here today.

Twenty-five years ago as I held my infant son in my arms and prayed over his life, I never imagined that I would be required to one day defend him from the United States of America. This was not among the dreams I imagined for my baby boy. Regardless of all the pain, sorrow, heart ache and disappointment of shattered dreams, I remain grateful each and every day, that my son is alive, and I have the opportunity to speak on his behalf. Many parents are not afforded the opportunity, as they have lost their sons and daughters to drugs and violence.

I want it known Your Honor, that I do not accept responsibility for my son's criminal behavior, nor negate the seriousness of his crimes. There must be consequences for breaking society's laws, but likewise, those penalties need to be fair and just. I acknowledge the mistakes I made in my role as his parent, provider and protector, to love, discipline, nurture and support him. I chose the man that fathered my son, and undoubtedly our complete inability to co-parent our son, has contributed to, and had a profound effect on his current circumstances.

From birth, Deven was raised in the church, and participated in many church activities through his early teens. My son knows right from wrong. Unfortunately, he had no conception of the severity of consequences that would attach to his poor decisions, and ultimately affect the entirety of his future.

As a child, Deven was happy and healthy and played soccer, baseball, football, basketball, ran, boxed and was a member of the swim team. He played the violin, was a junior police cadet and cub scout, volunteered in the community and sang Xmas carols in nursing homes. He received high academic honors, and represented his school district in the Scripp's National Spelling Bee.

I ask that you consider the era my son came of age in, a time of broken windows policing, and zero tolerance school policies, that have led to the school to prison nexus, that has helped to fuel the mass incarceration of so many of our young people. A system of exclusionary discipline, that denies them the structure and support they desperately need. Placing them in dangerous, marginalized communities,

guaranteeing they will receive a substandard education. A system once enmeshed in, is near possible to escape.

Deven was estranged from his father at age 13, when his dad simply stopped picking him up for visitation, with no explanation. By 14, Deven was 6'4, 180 pounds with facial hair and a deep voice. Physically he was a man, emotionally he was still a boy. His circle of friends changed and his drug usage began.

He was expelled his freshman year, and placed in an Alternative School, as the only white student enrolled. A school located in the most gang and crime ridden area of the city, miles from home. An area where shootings occurred weekly, and the school was always on lock down. All as a result of a juvenile prank played on him by a friend. The unforeseen consequences of that one single act have resulted in immeasurable loss.

While walking home from school, only six weeks later, his abduction was witnessed, and caught on surveillance cameras. That's a phone call from authorities, no parent should ever receive. After four hours of anguish, I learned he had a gun placed to his head, was robbed, and subsequently thrown from a moving van.

Six months later, while a passenger in a van on his way home from school, he witnessed his best friend's brother be shot, and his best friend shot twice, mere inches from him, before wrestling the gun from the would be robber. Authorities only disclosing to me my son had been involved in a shooting, refusing for four hours to let me anguish over whether my son was the offender or victim, dead or alive. Fortunately, both boys recovered from their injuries.

Subsequently, subpoenaed to testify against the shooter, Deven's life was repeatedly threatened by the large extended, criminally connected family of the defendant, as well as by the prosecution, if he failed to do so. All over $50.00!!

This is how my son entered into the juvenile criminal justice system, which ultimately, 10 years later has brought us here today. I proffer this information Your Honor, not as an excuse, but rather an explanation.

Today, I remain grateful that Deven has remained faithful and of good courage while facing great opposition, adversity, and the uncertainty of his future. That he has used the last 26 months of his incarceration wisely, and completed a comprehensive paralegal course, as well as coursework in parenting, cognitive awareness, marijuana awareness, and personal responsibility. In addition he has participated in Family Resources life skills training and a variety of correspondent bible study courses.

He will readily admit, he is a better person as a result of his incarceration. He has used his time for self introspection. When looking at the totality of his circumstances, he has been able to recognize what's good in it, and what he can extract from it, that will add value to every environment he enters and every person's life he comes into contact with.

Although, physically free, I do hard time with my son each and every day, as do his son, daughter, and their mothers, and all that love him. It is hard not to question why us. What could I have done differently. The would've, could've and should've serve no legitimate purpose. However, my faith requires that I not look back, only forward to what can yet be. I am confident, that given the right opportunities, whatever lies ahead in my son's future will be promising.

Time has shown me Your Honor, that I can't heal, rescue, make choices, or accept responsibility for my son's actions, but I can promise that he will not journey alone. While I can't promise that I will be there to love and support my son everyday of his life, I can promise, that I will continue to be there every day of mine.

In closing, I pray Your Honor, that you possess the gift of discernment. That you have the ability to wade through a decades long ream of documents. Consider the circumstances and evaluate the mitigating factors, to arrive at a fair and just sentence.

Thank you for your time and consideration in this matter.

Respectfully

Melody S. DeSchepper

*Family Resources strengthens children, families and individuals by providing quality services that engage community resources to create effective solutions.*



**FAMILY RESOURCES**
Social Services · Advocacy · Family Restoration · Education

June, 2023

Honorable Judge;

Family Resources provides client centered services and advocacy for individuals that have experienced trauma. The trauma experienced by our clients may have included domestic violence, sexual assault, human trafficking, and/or other violent crime. We assist our clients in processing their feelings regarding the trauma they have experienced.

Deven Deschepper entered into services with Family Resources through the Mercer County Jail in January, 2023 . Deven has met with advocate/counselor regularly during this time. He is eligiable and is currently receiving group services.

Please don't hesitate to contact me if you have any questions or if I can provide any additional information.

Sincerely,

*Karen A.*

Karen A.
Homicide and Other Violent Crimes Specialist
Phone: (563) 265-2803
E-Mail: karena@famres.org

**Leadership Team**

Nicole Cisne Durbin
President / CEO

Erin Van Hook
Financial Controller

Susan Earp
Director of Mental Health Services

Sabrina Earl
Director of Foster and Adoptive Family Connections

Emily Gordon
Director of Illinois Survivor Services

Stephanie Hernandez
Director of Child Welfare & Juvenile Justice Programs

Nisha Ladlee
Director of Development

Joan McGovern
Director of Integrated Health Home

Ashley Odom
Director of Iowa Survivor Services

Sara Riggs
Quality & Performance Improvement Manager

Phone
563/326-6431

Fax
563/326-2013

Website
www.famres.org

2800 Eastern Avenue
Davenport, Iowa
52803

Proud Partner


ACCREDITED

*Family Resources is a 501(c) (3) local not-for-profit charitable organization and gifts and donations are tax- deductible to the full extent allowed by law. No goods or services were provided in return for this contribution.*



# CROSSROADS
## PRISON MINISTRIES

June 19, 2023

To:     Whom It May Concern
From:   Crossroads Prison Ministries
Re:     Deven DeSchepper 53001
        Mercer County Jail A
        906 3rd St SW
        Aledo, IL 61231

Dear Sir or Madam,

I am writing on behalf of Deven DeSchepper. He has been a student in the Crossroads Prison Ministries mentorship program since September 15, 2022. Crossroads, established in 1984, provides a mentorship-based correspondence Bible study program that serves more than 30,000 people in prison across the United States annually. We are continually impressed with the quality of work our students achieve and the progress they show, both spiritually and academically.

We keep records of each student's progress, and we are happy to provide you with the following description of Deven's efforts in his studies. During Deven's time in our program so far, he has successfully completed the courses *Who Are You?*, *Who is Jesus?* and *What is the Bible?*. He is currently studying *Great Truths of the Bible*. To date, he has completed a total of thirteen lessons in the program. Our records show that he works diligently and follows through on his commitments.

Deven is a conscientious student and a joy to work with, and he has done a great job so far. We welcome any questions that you may have regarding his coursework with Crossroads Prison Ministries.

Sincerely,

*H. Rose*

H. Rose
Crossroads Prison Ministries





